Tamisha lewis-Junge
Name
3148 Aldren Circle
Mailing address
Anchorage Ak 99511
City, State, Zip
907-615-0060
Telephone

RECEIVED

OCT 09 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha lewic-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. 3:25-cv-272-RRB
(To be supplied by Court)

vs.

CRP Program (Boney Courthas)

Dayrel Payne,

U.S Air Force,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha lewis-Junge
(print your name)

who presently resides at 3148 Aldren Circle Anchorage, Ak 99511
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,___Daryel Payne___ is a citizen of
<br>
___Alaska___, and is employed as a_____.
<br>(state)                                (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,___CRP Court, Boney___ is a citizen of
<br>(name)
<br>___Alaska___, and is employed as a ___Courthouse Program___.
<br>(state)                                (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,___U.S Air Force___ is a citizen of
<br>(name)
<br>___Alaska___, and is employed as a ___Office___.
<br>(state)                                (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:25-cv-00272-RRB     Document 1     Filed 10/09/25     Page 2 of 7

<u>Claim 1</u>: On or about ___2015, 2025___, my civil right to
<u>(Date)</u>
Freedom, Freedom from Cruel and Unusual Punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Daryel Payne___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

That this person/team entered the courthouse Boney and Nesbett with technology. Started to look through certain information. and made up delusional paperwork, also delusional computer entires. Then started to contact people that aren't who they say they are that have been close to family and friends. related to me

Payne lawyer claimed in past he was going to step back and hid in camouflage and frame of talking with technology during court. person/team broken Courthouse to cause a distrubtion

Case 3:25-cv-00272-RRB    Document 1    Filed 10/09/25    Page 3 of 7

Claim 2: On or about _____2015-2025_____, my civil right to
(Date)
Freedom, Freedom from Cruel and unusal punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by __CRP Program : Boney__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

That this team made up some
delusions in the courthouse 28 room

That team that broken courthouse to
cause a delusion of police investagation,
lied to superior on what was
suppost be doing on technology
investagation and they started to
have technology misconduct

So somebody called national Guard
on how werid there were in
the courthouse, and team was made
a made delusional arrest, and
investagation for some military officers

So program helped liar of team
that broke in to courthouse do
Somethings there not suppost to

Claim 3: On or about **2015 - 2025**, my civil right to
(Date)

**Freedom, Freedom from Cruel and Unusual Punishment**

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

So stalked in base for some unknown reason. Was a person / team lying about being on a investagation to cause "Funny" things. Then claim not causing delusions that they want, but really was causing technology misconduct and strange paperwork outside everything base by lying about being on a investagation and impersoating also lying about how important job is like "The pentagon"

Camoflage: Google image from cellphone to put into delusion of working for "pentagon or Washing D.C" or astronomeut" (Begs with it)

Deepfake Audio: Frames people of saying thing for important investagation and its screaming and yelling (Beg with it)

Nano: Stalks lifestyle, then shows weird image that is a delusione for threat (Begs with it)

(Use it to decrese)

Hypnosis: Think crazy, make do what (Beg with it)

just to sleep)

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha lewis-Junge

Defendant(s): Boney Courthouse

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ____ Appealed ____ Still pending

Issues Raised: Dismissed Evidence (Footage)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha lewis-Junge

Defendant(s): Darrel payne

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _✓_ Dismissed ____ Appealed ____ Still pending

Issues Raised: Dismissed Evidence (Footage)

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 18,000,000

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 10,000,000

3. An order requiring defendant(s) to Stop lying with technology

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Anchorage__, __AK__ on __10/9/2025__
(Location)            (Date)

_____
(Plaintiff's Original Signature)

_____     _____
Original Signature of Attorney (if any)           (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Case 3:25-cv-00272-RRB     Document 1     Filed 10/09/25     Page 7 of 7